```
Montag & Nadalin LLP
P.O. Box 124801
San Diego, CA 92112
(619) 230-1420

Jonathan D. Montag, Esq.
Cal. State Bar No. 174822
Attorney for Mr. Qun Wu and Yiding Ding
```

FILED

07 NOV 27 AM 9:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qun Wu and Yiding Ding,<br><br>                Plaintiffs,<br><br>        v.<br><br>Michael Chertoff, Secretary,<br>Department of Homeland Security,<br><br>Emilio T. Gonzalez, Director,<br>United States Citizenship and<br>  Immigration Services,<br><br>Christina Poulos,<br>Director, California Service Center, United<br>States Citizenship and Immigration<br>Services,<br><br>Michael Mukasey, Attorney General<br>of the United States,<br><br>Robert S. Mueller, III,<br>Director, Federal Bureau of Investigation,<br><br>                Defendants. | Civil No. 07 CV 2238 JH (RBB)<br><br>Agency No. A78 736 357<br><br>COMPLAINT FOR A WRIT<br>IN THE NATURE OF MANDAMUS |

Plaintiffs, by their attorney, complaining of Defendants, allege as follows:

1. Plaintiff, Qun Wu, is an individual, a citizen of the United States, and a petitioner of her child, Yiding Ding. Ms. Wu resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. §§ 1154(a)(1)(A)(i) and 1154(b).

2. Plaintiff Yiding Ding is the child of Plaintiff Qun Wu, an individual, citizen of China, and the beneficiary of a petition filed by his mother, Petitioner Qun Wu. He lives in China where his mother left him when she came to the United States in the year 2000.

2. Defendant Michael Chertoff is the Secretary of Homeland Security (DHS), Emilio T. Gonzalez is the Director of United States Citizenship and Immigration Services (USCIS), Christina Poulos is the Director, California Service Center, United States Citizenship and Immigration Services, Michael Mukasey is the Attorney General of the United States, and Robert S. Mueller, III, is the Director of the Federal Bureau of Investigation. All defendants are sued in their professional capacities.

3. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, 5 U.S.C. § 701 et seq., and 28 U.S.C. § 2201 et seq., and relief is requested pursuant to these statutes.

4. Ms. Wu naturalized on July 13, 2006, after presumably passing all the background and name checks USCIS imposes on aliens seeking to become United States citizens. Her ability to naturalize was delayed for several years by malicious and abusive conduct by her former United States spouse who tried to derail her efforts to remain a permanent resident, subjecting her case to much time consuming investigation and adjudication. Her former husband also refused to immigrate Mr. Ding, whom he could have pursuant to 8 U.S.C. § 1154(a)(1)(I). This required that Ms. Wu naturalize before she could re-unite with her son in the United States.

5. After naturalizing, on July 21, 2006, Ms. Wu filed an I-130 Immigrant Petition on behalf of Mr. Ding who was 16 years old, pursuant to 8 U.S.C. §§ 1154(a)(1)(A)(i) and (b) finally able to bring him to be with her in the United States after being unable to live with her son for the last six years.

6. USCIS posts that it is completing cases like Ms. Wu's within six months of filing. It has now been sixteen months since the petition was filed, far in excess of the posted processing time.

7. Repeated inquiries to USCIS reveal no explanation for the delay in adjudication other than because of security checks.

8. Inasmuch as Ms. Wu is a United States citizen whose security checks were already completed when she naturalized and Mr. Ding is a 17 year old boy, a security delay is on its face, baseless.

9. Petitioners' requests for an explanation from USCIS as to how a security check is relevant under 8 U.S.C. § 1154(b), which provides no immigration benefit but rather merely determines the facts of the petition, that Ms. Wu and Mr. Ding are mother and child, have been met with avowals of an inability to give more details.

10. The source of delay is not known, but, as in thousands of other cases, may be because of FBI name checks. The name checks are not conducted by the FBI from a need to learn more about an individual because of any threat perceived by the FBI. Instead, the name checks are a fee-for-service that the FBI provides to the USCIS and according to USCIS-defined standards.

17. Processing times vary greatly for pending names checks, ranging from less than three months to more than thirty-three months. Some are delayed far longer than thirty-three months.

16. Defendants have a duty to adjudicate this application. Id.

17. Plaintiff has exhausted his administrative remedies.

18. Defendants have refused to act on Ms. Wu's and Mr. Ding's case.

19. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

17. Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et. seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays:

A. That the Defendants be ordered to have their agents process this case to a conclusion.

B. For reasonable attorney's fees and

C. For such other and further relief as to this court may seem proper.

Dated: November 27, 2007

_____
Attorney for Ms. Qun Wu and Mr. Yiding Ding
jdmontag@montaglaw.com

3

JS 44 (Rev. 11/04) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Qun Wu, Yiding Ding

**DEFENDANTS**
Michael Chertoff, Secretary, Department of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, Christina Poulos, Director, California Service Center, Michael Mukasey, Attorney General of the United States, Robert S. Mueller, III, Director, Federal Bureau of Investigation

(b) County of Residence of First Listed Plaintiff: **San Diego County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Jonathan D. Montag, PO Box 124801, San Diego, CA 92112 Tel. 619-230-1420

Attorneys (If Known): **07 CV 2238 JH (RBB)**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC sections 1154(a)(1)(A)(i) and (b).

Brief description of cause:
Unreasonable delay in adjudicating a family based immigration visa petition (Form I-130).

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 11-27-07
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 144816  AMOUNT $350  BH 11/27/07  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

        # 144816      - BH

        November 27, 2007
            09:50:21


         Civ Fil Non-Pris
    USAO #.: 07CV2238
    Judge..: JOHN A HOUSTON
    Amount.:              $350.00 CK
    Check#.: BC# 1239



    Total-> $350.00


    FROM: WU ET AL V. CHERTOFF ET AL
          CIVIL FILING
```