# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Qun Wu, Yiding Ding

vs

Michael Chertoff, Secretary, Department of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, Christina Poulos, Director, California Service Center, Michael Mukasey, Attorney General of the United States, Robert S. Mueller, III, Director, Federal Bureau of Investigation

FILED
07 NOV 27 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 07 CV 2238 JH (RBB)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jonathan D. Montag
PO Box 124801
San Diego, CA 92112

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 27 2007
DATE

C. PUTNAM
By _____, Deputy Clerk