1  Montag & Nadalin LLP
   P.O. Box 124801
2  San Diego, CA  92112
   (619) 230-1420
3
   Jonathan D. Montag, Esq.
4  Cal. State Bar No. 174822
   jdmontag@montaglaw.com
5  Attorney for Ms. Qun Wu and Mr. Yiding Ding

6
                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8

9  Qun Wu and Yiding Ding,              | Civil No. 07 CV 2238 JH (RBB)
                                         |
10             Plaintiffs,               | Agency No.  A78 736 357
                                         |             WAC-06-238-51932
11       v.                              |
                                         | PROOF OF SERVICE
12 Michael Chertoff, Secretary,          |
   Department of Homeland Security,      |
13                                       |
   Emilio T. Gonzalez, Director,         |
14 United States Citizenship and         |
     Immigration Services,               |
15                                       |
   Christina Poulos, Director,           |
16 California Service Center, United States |
     Citizenship and Immigration Services, |
17                                       |
   Michael Mukasey, Attorney General     |
18 of the United States,                 |
                                         |
19 Robert S. Mueller, III,               |
   Director, Federal Bureau of Investigation, |
20                                       |
               Defendants.               |
21 _____|

22 I, Jonathan D. Montag, attorney for Qun Wu and Yiding Ding, Plaintiffs in this action, a

23 citizen of the United States over the age of eighteen years and a resident of San Diego

24 County, California with business  street address being 110 West C Street, Suite 1809, San

25 Diego, California, and postal address as noted above, and not a party to the above-entitled

26 action, hereby certify that I caused to be served a copy of the:

27 COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS;
   SUMMONS IN A CIVIL ACTION.
28
   The documents were personally served on the U S Attorney by personal delivery on

1  November 28, 2007, to:

2  Ms. Mary Wiggins
   U.S. Department of Justice
3  Office of the U.S. Attorney
   101 West Broadway, Suite 1500
4  San Diego, CA 92101

5  On November 27, 2007, the documents were dispatched by certified mail, return receipt requested, postage pre-paid to:

6  
   Mr. Michael Mukasey
7  Attorney General
   Washington, D.C. 20530
8  
   Mr. Michael Chertoff
9  Secretary of Homeland Security
   U.S. Department of Homeland Security
10 Washington, D.C. 20528

11 Mr. Emilio T. Gonzalez
   Director, USCIS
12 20 Massachusetts Avenue, NW
   Washington, D.C. 20529
13
   Mr. Robert S. Mueller, III
14 Director, Federal Bureau of Investigation
   J. Edgar Hoover Building
15 935 Pennsylvania Avenue, NW
   Washington, D.C. 20535-0001
16
   Christina Poulos
17 Director, California Service Center
   P.O. Box 30111
18 Laguna Niguel, CA 92607-0111

19 Return receipt cards were received without signatures from Mr. Emilio T. Gonzalez and Ms. Christina Poulos indicating receipt on December 4, 2007. The cards are attached.
20 Counsel has not received any other return receipt cards. Post office tracking reveals that Mr. Mukasey received the Complaint and Summons on December 3, 2007; Mr. Mueller on
21 December 1, 2007; and Mr. Chertoff on December 3, 2007. Tracking information is attached.
22
   Dated: December 13, 2007
23
                                s/ Jonathan D. Montag
24                              _____
                                Jonathan D. Montag
25                              Attorney for Ms. Qun Wu and Mr. Yiding Ding
                                jdmontag@montaglaw.com
26

27

28