

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 0035 7781
Detailed Results:

- Delivered, December 03, 2007, 7:44 am, WASHINGTON, DC 20528
- Notice Left, December 01, 2007, 7:10 am, WASHINGTON, DC 20528
- Arrival at Unit, December 01, 2007, 5:24 am, WASHINGTON, DC 20022
- Acceptance, November 27, 2007, 3:54 pm, SAN DIEGO, CA 92101

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Emilio T. Gonzalez
    Director, USCIS
    20 Massachusetts Avenue, NW
    Washington, D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   DHS                              12-4-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt  WU 07 CV 2238    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20529    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41  0100 |
| Certified Fee | | $2.65   08 |
| Return Receipt Fee (Endorsement Required) | | $2.15   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21   11/27/2007 |

Sent To  Gonzalez, Emilio  USCIS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 2150 0004 0035 7774

PS Form 3800, August 2006    See Reverse for Instructions

```
7006 2750 0004 0035 7743
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Christina Poulos<br>ector, California Service Center<br>P.O. Box 30111<br>Laguna Niguel, CA 92607-0111 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED BY USC<br>12-4-07 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt  WV 07CV2238       102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LAGUNA NIGUEL CA 92607

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

Postmark Here   11/27/2007

Sent To  POULOS, CHRISTINA CSC
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7006 2750 0004 0035 7743



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0004 0035 7750**
Detailed Results:

- Delivered, December 03, 2007, 4:53 am, WASHINGTON, DC 20530
- Notice Left, December 02, 2007, 6:16 am, WASHINGTON, DC 20530
- Arrival at Unit, December 02, 2007, 3:26 am, WASHINGTON, DC 20022
- Acceptance, November 27, 2007, 3:51 pm, SAN DIEGO, CA 92101

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0004 0035 7767**
Detailed Results:

- **Delivered, December 01, 2007, 5:44 am, WASHINGTON, DC 20535**
- **Notice Left, December 01, 2007, 2:55 am, WASHINGTON, DC 20535**
- **Arrival at Unit, December 01, 2007, 1:35 am, WASHINGTON, DC 20022**
- **Acceptance, November 27, 2007, 3:52 pm, SAN DIEGO, CA 92101**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

