1  Montag & Nadalin LLP
   P.O. Box 124801
2  San Diego, CA  92112
   (619) 230-1420
3
   Jonathan D. Montag, Esq.
4  Cal. State Bar No. 174822
   jdmontag@montaglaw.com
5  Attorney for Ms. Qun Wu and Mr. Yiding Ding

6
                   UNITED STATES DISTRICT COURT
7                  SOUTHERN DISTRICT OF CALIFORNIA

8

   Qun Wu and Yiding Ding,            | Civil No. 07 CV 2238 JH (RBB)
9                                     |
               Plaintiffs,             | Agency No.  A78 736 357
10                                    |              WAC-06-238-51932
                                      |
11        v.                           | PROOF OF SERVICE
                                      |
12 Michael Chertoff, Secretary,        |
   Department of Homeland Security,   |
13                                    |
   Emilio T. Gonzalez, Director,      |
14 United States Citizenship and      |
     Immigration Services,            |
15                                    |
   Christina Poulos, Director,        |
16 California Service Center, United States |
     Citizenship and Immigration Services, |
17                                    |
   Michael Mukasey, Attorney General  |
18 of the United States,              |
                                      |
19 Robert S. Mueller, III,            |
   Director, Federal Bureau of Investigation, |
20                                    |
               Defendants.             |
21 _____|

22 I, Jonathan D. Montag, attorney for Qun Wu and Yiding Ding, Plaintiffs in this action, a

23 citizen of the United States over the age of eighteen years and a resident of San Diego

24 County, California with business  street address being 110 West C Street, Suite 1809, San

25 Diego, California, and postal address as noted above, and not a party to the above-entitled

26 action, hereby certify that I caused to be served a copy of the:

27 COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS;
   SUMMONS IN A CIVIL ACTION.
28
   The documents were personally served on the U S Attorney by personal delivery on

November 28, 2007, to:

Ms. Mary Wiggins
U.S. Department of Justice
Office of the U.S. Attorney
101 West Broadway, Suite 1500
San Diego, CA 92101

On November 27, 2007, the documents were dispatched by certified mail, return receipt requested, postage pre-paid to:

Mr. Michael Mukasey
Attorney General
Washington, D.C. 20530

Mr. Michael Chertoff
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

Mr. Emilio T. Gonzalez
Director, USCIS
20 Massachusetts Avenue, NW
Washington, D.C. 20529

Mr. Robert S. Mueller, III
Director, Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Christina Poulos
Director, California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

Return receipt cards were received without signatures from Mr. Emilio T. Gonzalez and Ms. Christina Poulos indicating receipt on December 4, 2007. The cards are attached. Counsel has not received any other return receipt cards. Post office tracking reveals that Mr. Mukasey received the Complaint and Summons on December 3, 2007; Mr. Mueller on December 1, 2007; and Mr. Chertoff on December 3, 2007. Tracking information is attached.

Dated: December 13, 2007

                                       s/ Jonathan D. Montag
                                       _____
                                       Jonathan D. Montag
                                       Attorney for Ms. Qun Wu and Mr. Yiding Ding
                                       jdmontag@montaglaw.com