

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 0035 7781
Detailed Results:

- Delivered, December 03, 2007, 7:44 am, WASHINGTON, DC 20528
- Notice Left, December 01, 2007, 7:10 am, WASHINGTON, DC 20528
- Arrival at Unit, December 01, 2007, 5:24 am, WASHINGTON, DC 20022
- Acceptance, November 27, 2007, 3:54 pm, SAN DIEGO, CA 92101

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>DHS | C. Date of Delivery<br>12-4-07 |
| 1. Article Addressed to:<br><br>Mr. Emilio T. Gonzalez<br>Director, USCIS<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20529 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | | |
| PS Form 3811, February 2004 | Domestic Return Receipt  WO 07 CV 2238 | 102595-02-M-1540 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7006 2150 0004 0035 7774

WASHINGTON DC 20529          OFFICIAL USE

| Postage | $ | $0.41 | 0100 |
| Certified Fee | | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 11/27/2007 |

Sent To  Gonzalez, Emilio USCIS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0004 0035 7743

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christina Poulos
Director, California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED BY USC
12-4-07

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt  W/V 07CV2238    102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LAGUNA NIGUEL CA 92607
OFFICIAL USE

| | |
|---|---|
| Postage | $0.41 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.21 |

Postmark Here  11/27/2007

Sent To: POULOS, CHRISTINA CSC
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 2150 0004 0035 7743

PS Form 3800, August 2006    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0004 0035 7750**
Detailed Results:

- Delivered, December 03, 2007, 4:53 am, WASHINGTON, DC 20530
- Notice Left, December 02, 2007, 6:16 am, WASHINGTON, DC 20530
- Arrival at Unit, December 02, 2007, 3:26 am, WASHINGTON, DC 20022
- Acceptance, November 27, 2007, 3:51 pm, SAN DIEGO, CA 92101

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 0035 7767
Detailed Results:

- Delivered, December 01, 2007, 5:44 am, WASHINGTON, DC 20535
- Notice Left, December 01, 2007, 2:55 am, WASHINGTON, DC 20535
- Arrival at Unit, December 01, 2007, 1:35 am, WASHINGTON, DC 20022
- Acceptance, November 27, 2007, 3:52 pm, SAN DIEGO, CA 92101

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0100 |
| Certified Fee | | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 11/27/2007 |

7006 2150 0004 0035 7767

Sent To  *Mueller, Robert FBI*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions