Law Offices of Jonathan D. Montag
P.O. Box 124801
San Diego, CA 92112
(619) 230-1420

Jonathan D. Montag, Esq.
Cal. State Bar No. 174822
jdmontag@montaglaw.com
Attorney for Ms. Qun Wu and Mr. Yiding Ding

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qun Wu and Yiding Ding,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary,<br>Department of Homeland Security,<br><br>    Defendants. | Civil No. 07 CV 2238 JH (RBB)<br><br>Agency No.  A78 736 357<br>              WAC-06-238-51932<br><br>**Notice of Voluntary Dismissal** |

    WHEREAS, the defendants in this action have adjudicated and approved the I-130 petition, and

    WHEREAS, the case is now moot, and

    WHEREAS, the defendants have not answered the complaint.

    NOW, THEREFORE, Plaintiff, through Counsel, dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

Dated: January 4, 2008

                                          s/ Jonathan D. Montag
                                          _____
                                          Jonathan D. Montag
                                          Law Offices of Jonathan D. Montag
                                          Attorney for Qun Wu and Yiding Ding