| | |
|---|---|
| 1 | Law Offices of Jonathan D. Montag |
|   | P.O. Box 124801 |
| 2 | San Diego, CA  92112 |
|   | (619) 230-1420 |
| 3 | |
|   | Jonathan D. Montag, Esq. |
| 4 | Cal. State Bar No. 174822 |
|   | jdmontag@montaglaw.com |
| 5 | Attorney for Ms. Qun Wu and Mr. Yiding Ding |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qun Wu and Yiding Ding, | Civil No. 07 CV 2238 JH (RBB) |
| Plaintiffs, | Agency No.  A78 736 357 |
| | WAC-06-238-51932 |
| v. | PROOF OF SERVICE |
| Michael Chertoff, Secretary, Department of Homeland Security, | |
| Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, | |
| Christina Poulos, Director, California Service Center, United States Citizenship and Immigration Services, | |
| Michael Mukasey, Attorney General of the United States, | |
| Robert S. Mueller, III, Director, Federal Bureau of Investigation, | |
| Defendants. | |

I, Jonathan D. Montag, attorney for Qun Wu and Yiding Ding, Plaintiffs in this action, a citizen of the United States over the age of eighteen years and a resident of San Diego County, California with business  street address being 110 West C Street, Suite 1809, San Diego, California, and postal address as noted above, and not a party to the above-entitled action, hereby certify that today I caused to be served a copy of the:

NOTICE OF VOLUNTARY DISMISSAL

by CM/ECF to:

1  Efile.dkt.civ@usdoj.gov

2  and by email to:

3  AUSA Megan Callan at   Megan.Callan@usdoj.gov

4

5  Dated: January 4, 2008

6                                             s/ Jonathan D. Montag
                                                                       _____
7                                             Jonathan D. Montag
                                              Attorney for Ms. Qun Wu and Mr. Yiding Ding
8                                             jdmontag@montaglaw.com

- 2 -